# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 12-53753 |
| | : | |
| Richard L Overly | : | Chapter 7 |
| Marquita L Overly | : | |
| Debtors. | : | Judge  John E. Hoffman, Jr. |

## TRUSTEE'S ABANDONMENT OF 9488 US HIGHWAY 62, ORIENT, OHIO AND 9450 US HIGHWAY 62, ORIENT, OHIO

William B. Logan Jr., Trustee in the above-captioned case, hereby abandons the following assets pursuant to 11 U.S.C. Section 554, Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule 6007-1:  9488 US Highway 62, Orient, Ohio and 9450 US Highway 62, Orient, Ohio

The Trustee states that there is no equity in the assets being abandoned and, after consideration of liens, exemptions, and costs of sale and/or the assets are of inconsequential value or are burdensome to the bankruptcy estate.

Respectfully submitted,

/s/ William B. Logan Jr.
William B. Logan Jr., Trustee    0019290
50 West Broad Street, Suite 1200
Columbus, Ohio  43215
(614) 221-7663

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2011, a copy of the foregoing was mailed electronically through the Court's ECF system upon the following:

United States Trustee

Claire Ripley Fried
Attorney for Debtor

And by regular U.S. Mail, postage prepaid, upon the following:

Richard L Overly
Marquita L Overly
9488 US Highway 62
Orient, OH  43146

GMAC Mortgage
PO Box 4622
Waterloo, OH  50704

Suntrust Mortgage/Cc 5
1001 Semmes Ave.
Richmond, VA  23224

/s/ William B. Logan Jr.
William B. Logan Jr., Trustee